IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR443 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE GARCIA, and | ) | ORDER FOR DISMISSAL |
| ALFREDO T. CASTANEDA, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the United States' Motion for Dismissal of Count (Filing No. 12). The Court, being duly advised in the premises, finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) Leave of Court is granted for the United States to dismiss, without prejudice, Count V, only subparagraphs,

    b. 2000 Toyota Solara, VIN 2T1CF28P7YC370825, unregistered but in the possession of Alfredo Castaneda; and

    c. 1995 Ford Explorer, VIN 1FMD434X35ZB25535, registered to Jose Garcia,

of the Indictment filed herein, as they relate to the defendants, Jose Garcia and Alfredo T. Castaneda.

2) The Indictment filed herein is hereby dismissed, without prejudice, as it pertains to Count V, only subparagraphs,

    b. 2000 Toyota Solara, VIN 2T1CF28P7YC370825, unregistered but in the possession of Alfredo Castaneda; and

   c. 1995 Ford Explorer, VIN 1FMD434X35ZB25535, registered to Jose Garcia,

of the Indictment filed herein, as they relate to the defendants, Jose Garcia and Alfredo T. Castaneda.

  DATED this 19th day of January, 2006.

        BY THE COURT:

        /s/ Lyle E. Strom

        _____
        LYLE E. STROM
        Senior Judge, United States District Court