IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR443 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE GARCIA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to dismiss forfeiture count and memorandum brief (Filing No. 58). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted. Count V of the indictment is dismissed as to this defendant only.

DATED this 11th day of December, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court